JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-140-RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| BREANNE MACMENAMIN, | |
| Defendant. | |

THE COURT has considered Defendant's unopposed motion to continue the due date for Breanne MacMenamin's pretrial motions, along with the records in this case, and finding good cause,

IT IS NOW ORDERED that the Defendant's unopposed motion (Dkt. # 13) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than October 29, 2021.

DATED This 18th day of October, 2021.

*Richard A. Jones*
—————————————
The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE
PRETRIAL MOTIONS DUE DATE - 1
(*United States v. MacMenamin*, CR21-140-RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100