JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BREANNE MACMENAMIN,<br>TANNER TOMLINSON,<br><br>　　　　　　　Defendants. | No. CR 21-140RAJ<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

　　　THIS MATTER comes before the court on Defendants Breanne MacMenamin and Tanner Tomlinson's Unopposed Motion for a Continuance of the Trial Date.  The court has considered the reasons for the motion, the agreement of the United States, and the file herein.

　　　The court finds that the counsel for defendants MacMenamin and Tomlinson need additional time to meet with their clients, investigate evidence supporting the charges brought by the government, determine the need for any pretrial motions pertaining to the evidence, and prepare for trial.

　　　Based on these findings, the court concludes that the continuance of the trial date sought by the parties serves the ends of justice.  Further, the ends of justice served by a continuance of this matter from March 7, 2022, and March 21, 2022, outweighs the best interests of the public and the defendants in a speedy trial pursuant to the

ORDER GRANTING UNOPPOSED DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE – Page 1

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation for their defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, it is hereby

ORDERED that Defendants Breanne MacMenamin and Tanner Tomlinson's Unopposed Motion for a Continuance of the Trial Date (Dkt. 33) is GRANTED. The trial date is continued to July 25, 2022. It is further ordered that all pretrial motions, including motions in limine, shall be filed no later than June 9, 2022.

IT IS FURTHER ORDERED that the time from the date of this order, until the new trial date of July 25, 2022, shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

DATED this 11th day of February, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE – Page 2

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com